IT IS SO ORDERED.

Dated: November 16, 2015
         11:03:36 AM

_____
Kay Woods
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 13-42585 |
| | ) | |
| William B. Enos | | |
| Cynthia M. Enos, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Judge Kay Woods |

3457 Austinburg Road, Ashtabula, Ohio 44004

**AGREED ORDER REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY**

This matter came before the Court upon a Motion for Relief from the Automatic Stay filed by Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust (Docket Entry #42) relating to 3457 Austinburg Road, Ashtabula, Ohio 44004 and the response filed by the Debtors.

The Court finds that the parties have agreed that the Debtor owes total post-petition mortgage payment arrearages in the amount of $5,841.43 through and including the October 1, 2015 payment (Five payments of $1,173.83, less a partial payment of $27.72). The parties have further agreed that the Debtor shall rectify this matter as set forth herein and shall continue to make full and timely mortgage payments beginning with November 1, 2015. Upon agreement of the parties, through counsel, it is hereby

**ORDERED** that, in addition to Debtors' ongoing regular monthly mortgage payment, Debtors shall pay the post-petition arrearage of $5,841.43 through the plan. Movant shall file a supplemental proof of claim to reflect the additional arrearage of $5,841.43. If Movant determines that Debtors have made additional post-petition payments, Movant shall file a supplemental proof of claim in a lower amount to reflect such payments. The supplemental proof of claim shall be filed within thirty (30) days of the entry of this agreed order.

**IT IS FURTHER ORDERED**, that in the event that the Debtors should fail to make any full and timely mortgage payment beginning with November 1, 2015, forward, then Movant may notify the Debtor by first-class mail and counsel of Debtor by facsimile of such default and the Debtor shall have a period of ten (10) days from the date of the notice to fully cure the default. In the event that the Debtor does not fully cure the default within said ten (10) day period, then Movant may file herein an Affidavit specifying the default and failure to cure, and tender concurrently an Order granting relief from the automatic stay of 11 U.S.C. §362 which shall be entered with no further notice or hearing required. To be timely, a monthly payment must be

made by the first day of the month, but subject to the fifteen (15) day grace period provided in the Promissory Note.

**IT IS SO ORDERED**.

###

| | |
|---|---|
| Approved:<br><br>/s/ Kenneth M. Richards<br>_____<br>Kenneth M. Richards (0040455) Case Attorney For Movant<br>Luper Neidenthal & Logan LPA<br>50 West Broad Street, Suite 1200<br>Columbus, Ohio 43215-3374<br>(614) 221-7663; Fax (866) 345-4948<br>krichards@lnlattorneys.com | /s/ Michael A. Gallo<br>_____<br>Michael A. Gallo<br>Chapter 13 Trustee<br>5048 Belmont Avenue<br>Youngstown, OH 44505<br>330 743-1246 |

/s/ Antoinette E. Freeburg
_____
Antoinette E. Freeburg  (0071075)
Freeburg Law Firm, LPA
6690 Beta Drive
Suite 320
Mayfield Village, OH 44143
(440) 942-4003
(440) 421-9184 (fax)
freeburglaw@roadrunner.com

Copies To:

Ashtabula County Treasurer
Ashtabula County Courthouse
25 West Jefferson Street
Jefferson, OH  44047

Cynthia M Enos
3457 Austinburg Road
Ashtabula, OH 44004

William B Enos
1206 Lake Road
Conneaut, OH 44030

Antoinette E. Freeburg
Freeburg Law Firm, LPA
6690 Beta Drive
Suite 320
Mayfield Village, OH 44143

Michael A. Gallo
5048 Belmont Avenue
Youngstown, OH 44505

Kenneth M. Richards
50 West Broad Street, Suite 1200
Columbus, Ohio 43215-3374

United States Trustee
(Electronic Service only)